**UNITED STATES COURT OF APPEALS**
DISTRICT OF COLUMBIA CIRCUIT

---

No.    06-7119                                 September Term, 2005
                                               District Ct No: 06cv00324

King & King, Chartered, Appellant

v.

Harbert International, Inc., et al., Appellees



FILED JUL 3 1 2006
CLERK

O R D E R

This case was filed and docketed on 7/31/06.

It is **ORDERED** that appellant(s) shall submit the following document(s) (original and one copy required, unless otherwise noted) by the indicated date(s):

8/30/06 Docketing statement.
8/30/06 Entry of Appearance form.
8/30/06 Two copies of the underlying decision.
8/30/06 Statement of issues to be raised.
8/30/06 Certificate of Counsel (Cir. R. 28(a)(1)).
8/30/06 Original and four copies of procedural motions which would affect
        the calendaring of this case.
8/30/06 Statement as to whether or not a deferred appendix under
        F.R.A.P. 30(c) will be utilized. (A motion will not be necessary.)
9/14/06 Dispositive motions, if any. See Cir. R. 27(g).
        (Original and four copies.)

It is **FURTHER ORDERED** that appellee(s) shall submit the following document(s) (original and one copy required, unless otherwise noted) by the indicated date(s):

8/30/06 Certificate of Counsel (Cir. R. 28(a)(1)).
8/30/06 Entry of Appearance form.
8/30/06 Original and four copies of procedural motions which would affect
        the calendaring of this case.
9/14/06 Dispositive motions, if any. See Cir. R. 27(g).
        (Original and four copies.)

It is **FURTHER ORDERED** that briefing in this case is deferred pending further order of the Court.

FOR THE COURT:
Mark J. Langer, Clerk

BY:  Elizabeth V. Scott, Deputy Clerk

Initial Submissions 86-6 (June 1992)